# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ESTRADA,<br><br>        Petitioner,<br>    v.<br><br>JAMES E. TILTON, Director,<br>California Department of<br>Corrections and Rehabilitation,<br><br>        Respondent. | Case No. EDCV 07-1510-CAS (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 22, 2011

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge